Writ of Mandamus Denied, Opinion issued December 5, 2012



In The

# Court of Appeals
## Fifth District of Texas at Dallas

___

### No. 05-12-01601-CV

___

## IN RE HOLLINGSWORTH SAND & GRAVEL, LLC, Relator

___

**Original Proceeding from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-12-05735-E**

___

## MEMORANDUM OPINION

Before Justices Bridges, Lang, and Fillmore
Opinion by Justice Lang

Relator contends the county clerk erred in refusing to accept its supersedeas bond. The facts and issues are well known to the parties, so we need not recount them herein. Based on the record before us, we conclude relator has not shown it is entitled to the relief requested. *See* TEX. R. APP. P. 52.8(a); *Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). Accordingly, we **DENY** relator's petition for writ of mandamus.

_____
DOUGLAS S. LANG
JUSTICE

121601F.P05